IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMILLAH BELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>POPULUS FINANCIAL GROUP, INC.,<br><br>　　　　Defendant. | Case No. 21-cv-01003-MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND; REMANDING ACTION TO STATE COURT** |

Before the Court is plaintiff's "Motion to Remand," filed February 26, 2021. No opposition has been filed.

The Court, having read and considered the moving papers,[1] finds, for the reasons stated therein (see Mem. of P. & A. at 2:17-4:2), defendant has failed to meet its burden of establishing "the matter in controversy exceeds the sum or value of $75,000," see Valdez v. Allstate Ins. Co., 372 F.3d 1115, 1116-17 (9th Cir. 2004) (quoting 28 U.S.C. § 1332(a)) (holding, where defendant removes action on basis of diversity jurisdiction and "it [is] not facially evident from the complaint that more than $75,000 [is] in controversy," defendant must "provide evidence establishing that it is more likely than not that the amount in controversy exceeds that amount" (internal quotations and citations omitted)).

Accordingly, plaintiffs' motion is hereby GRANTED, and the above-titled action is hereby REMANDED to the Superior Court of California, in and for the County of Alameda.

**IT IS SO ORDERED.**

Dated: April 15, 2021

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] By order filed April 12, 2021, the Court took the matter under submission.